Lawrence M. Blue, WSBA#29483
Bountiful Law, PLLC
4620 200th Street SW, Suite D
Lynnwood, WA 98036

The Honorable Christopher Alston
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>BRANDEE KRISTEN KRUMBAH<br><br><br>Debtor(s). | IN PROCEEDINGS UNDER CH 13<br><br>NO. 16-15065<br><br>DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS |

The debtor, through her attorney Lawrence M. Blue, responds the Trustee's Motion to Dismiss and respectfully states the following:

The debtor has addressed every concern set forth by the Trustee.

1. The debtor has corrected the liquidation value in section IX;

2. The debtor has removed the language "for 60 months" from Section II of the plan.

3. The debtor filed an amended plan 2/24/2017 reflecting these changes.

For the reasons outlined above, the debtor respectfully requests the court deny the Trustee's Motion to Dismiss.

Date: 2/24/2017

/S/ Lawrence M. Blue
Lawrence M. Blue, WSBA No. 29483
Attorney for the Debtor

Debtor's Response to
Trustee's Motion to
Dismiss

Bountiful Law, PLLC
4620 200th Street SW, Ste D
Lynnwood, WA 98036
425-775-9700

Case 16-15065-CMA    Doc 31    Filed 02/24/17    Ent. 02/24/17 12:42:50    Pg. 1 of 1